HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BELMAIN PLACE CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>    v.<br><br>THE AMERICAN INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | NO.  2:19-CV-156 MJP<br><br>CERTIFICATION OF SERVICE BY MAIL UPON INSURANCE COMMISSIONER |

At all times mentioned herein, I was and am now a citizen of the United States over the age of 18 years. I am competent to be a witness in this action, and I am not a party to nor interested in said action.

On the 6th day of February, 2019, I deposited with the United States Mail, by certified mail, return receipt requested, duplicate copies of the Summons, Complaint, and plaintiff's Corporate Disclosure Statement in the above-entitled matter addressed as follows:

> Office of the Insurance Commissioner
> Service of Process
> P.O. Box 40255
> Olympia, WA  98504-0255

along with a check for $10.00 pursuant to RCW 48.05.210 and/or 48.05.215.

CERTIFICATION OF SERVICE BY MAIL
UPON INSURANCE COMMISSIONER - 1
(No. 2:19-CV-156 MJP)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

1        Said documents are being sent to the Insurance Commissioner to effect service upon

2   The American Insurance Company, a defendant named above.

3        I, Teresa MacDonald, declare under penalty of perjury under the laws of the state of

4   Washington that the foregoing is true and correct.

5        Dated this 5th day of February, 2019, at Seattle, Washington.

6                                              s/ Teresa MacDonald
                                               Teresa MacDonald
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

CERTIFICATION OF SERVICE BY MAIL
UPON INSURANCE COMMISSIONER - 2
(No. 2:19-CV-156 MJP)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400