Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BELMAIN PLACE CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,

Plaintiff,

v.

THE AMERICAN INSURANCE COMPANY, a foreign insurance company,

Defendant.

No. 2:19-cv-00156-MJP

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE AMERICAN INSURANCE COMPANY

Defendant The American Insurance Company, by and through its undersigned attorneys, makes the following Rule 7.1 Corporate Disclosure Statement:

The American Insurance Company, an Illinois corporation, is a wholly owned subsidiary of Fireman's Fund Insurance Company, a California corporation. Fireman's Fund Insurance Company is a wholly owned subsidiary of Allianz Global Risks US Insurance Company ("AGR US"). AGR US is a nongovernmental corporation, with its principal place of business in Chicago, Illinois. Allianz of America, Inc. is the parent corporation for AGR US and owns 80 percent of its voting stock. The remaining 20 percent of the AGR US voting stock is owned by AGCS International Holding B.V. Each of Allianz of America, Inc. and AGCS International Holding B.V. are wholly owned

CORP. DISCL. STMT. OF DEF. THE AMERICAN INSURANCE COMPANY (No. 2:19-cv-00156-MJP) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1  indirect subsidiaries of Allianz SE, a publically traded company.  Thus, Allianz SE
2  indirectly owns 10 percent or more of the AGR US Stock.
3      DATED this 8th day of March, 2019.

    McNAUL EBEL NAWROT & HELGREN PLLC

    By:  s/Robert M. Sulkin
        Robert M. Sulkin, WSBA No. 15425
    By:  s/Malaika M. Eaton
        Malaika M. Eaton, WSBA No. 32537
    By:  s/Curtis C. Isacke
        Curtis C. Isacke, WSBA No. 49303

600 University Street, Suite 2700
Seattle, Washington  98101-3143
Telephone (206) 467-1816
rsulkin@mcnaul.com
meaton@mcnaul.com
cisacke@mcnaul.com

Attorneys for Defendant The American Insurance Company

CORP. DISCL. STMT. OF DEF. THE AMERICAN INSURANCE COMPANY (No. 2:19-cv-00156-MJP) – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

DATED: March 8, 2019.

By: s/Robert M. Sulkin
Robert M. Sulkin, WSBA No. 15425

CORP. DISCL. STMT. OF DEF. THE AMERICAN
INSURANCE COMPANY (No. 2:19-cv-00156-MJP) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

4125-001 ib254r03w7 2019-03-08