# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BELMAIN PLACE CONDOMINIUM OWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C19-156 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of Plaintiff's Motion for Reconsideration. Dkt. No. 27. As prescribed in LCR 7(h)(3), the Court calls for a response from Defendant. The responsive brief shall be due no later than **September 30, 2019** and shall not exceed six (6) pages. The motion for reconsideration is re-noted for **October 4, 2019**.

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed September 16, 2019.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk