UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BELMAIN PLACE CONDOMINIUM OWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE AMERICAN INSURANCE COMPANY, | CASE NO. C19-156 MJP<br><br>ORDER ON MOTION TO REVISE CASE SCHEDULE |

The Court, having received and reviewed the Stipulation and Order Amending Order Setting Trial Date (Dkt. No. 30), makes the following findings:

The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or

The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

Further, the Court indicates that the parties' proposal to alter the deadline for filing dispositive motions to within one month of the trial date is unacceptable. Any schedule which

alters the existing interval between the dispositive motions deadline and the trial date will be rejected.

Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 14, 2019.

Marsha J. Pechman
United States Senior District Judge